AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Feb 26, 2026**

SEAN F. MCAVOY, CLERK

| | |
|---|---|
| PROGRESSIVE DIRECT INSURANCE COMPANY and PROGRESSIVE CASUALTY INSURANCE COMPANY, | ) |
| *Plaintiff* | ) |
| v. | ) |
| LEIF SUNDE, CHRISTOPHER STEIN, and MALINDA STEIN, | ) |
| | ) |
| *Defendant* | |

Civil Action No.   2:25-CV-0200-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐   the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑   other: Progressive Direct Insurance Policy No. 71234815 (the "Stein Policy"), by its express terms, conditions, and exclusions, does not provide liability coverage to Christopher Stein or Malinda Stein for the lawsuit captioned Leif Sunde v. Chris Stein and Jane Doe Stein dba CS Motor Sports, Spokane County Superior Court Case No. 21-2-02787-32 (the "Underlying Lawsuit"). For that reason, Progressive Direct has no duty to defend or indemnify the Steins with respect to the Underlying Lawsuit; Progressive Casualty Insurance Policy No. 92141487 the ("Sunde Policy") does not provide comprehensive coverage to Mr. Sunde with respect to the alleged damage to Mr. Sunde's 1967 Lincoln Continental; The Stein Policy does not provide comprehensive coverage to Mr. Sunde with respect to the alleged damage to Mr. Sunde's 1967 Lincoln Continental; Progressive Direct and Progressive Casualty have no further obligations to Mr. Sunde or the Steins with respect to the Underlying Lawsuit and/or the alleged damage to Mr. Sunde's 1967 Lincoln Continental.

This action was *(check one)*:

☐   tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐   tried by Judge _____ without a jury and the above decision was reached.

☑   decided by Judge   THOMAS O. RICE

Date:   02/26/2026

*CLERK OF COURT*

s/Sean F. McAvoy

*Signature of Clerk*